CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants,
George Warren, Individually and dba Econo Lodge; Timothy P. Warren Individually and dba Econo Lodge; Campus Investments, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    v.<br><br>George Warren, Individually and dba Econo Lodge; Timothy P. Warren, Individually and dba Econo Lodge; Campus Investments, LLC,<br><br>    Defendants. | **CASE NO.  2:11-cv-02687-MCE-KJN**<br><br>**STIPULATION AND  ORDER TO SET ASIDE DEFAULT**<br>**[Rule 55(c) FRCP]** |

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff, SCOTT N. JOHNSON and Defendants GEORGE WARREN, TIMOTHY P. WARREN and CAMPUS INVESTMENTS, LLC by and through their respective attorneys, Scott N. Johnson and Cris C. Vaughan, hereby stipulate to, and request the Court to, set aside the default that was entered by the Clerk in this matter on January 12, 2012, for good cause

1  and in the interests of justice and allow Defendants, to file an Answer to the Complaint
2  within ten (10) days after entry of the Order setting aside the default.
3      IT IS SO STIPULATED.
4
5  Dated:  January 27, 2012
6
7              /S/ SCOTT N. JOHNSON_____
           Scott N. Johnson, Attorney for
8             Plaintiff
9  Dated:  January 26, 2012
10
11             /S/  CRIS C. VAUGHAN_____
           Cris C. Vaughan, Attorney for
           Defendants, George Warren, Timothy P.
12            Warren and Campus Investments, LLC
13
14                     ORDER
15
16     IT IS SO ORDERED; that the Default entered in this matter on January 12, 2012 is
17 hereby set aside and Defendants shall file an Answer to the Complaint no later than ten
18 (10) days after this Order is filed.
19 Dated:  March 14, 2012
20
21             _____
           MORRISON C. ENGLAND, JR
22            UNITED STATES DISTRICT JUDGE
23
24
25