1  CRIS C. VAUGHAN, SBN 99568
2  VAUGHAN & ASSOCIATES
   6207 South Walnut Street, Suite 800
3  Loomis, CA 95650
   Telephone: 916-660-9401
4  Facsimile: 916-660-9378

5

6  Attorneys for Defendants,
   George Warren, Individually and dba Econo Lodge; Timothy P. Warren Individually
7  and dba Econo Lodge; Campus Investments, LLC

8

9             **UNITED STATES DISTRICT COURT**

10            **EASTERN DISTRICT OF CALIFORNIA**

11

12 Scott N. Johnson,                           | **CASE NO.  2:11-cv-02687-MCE-KJN**

13        Plaintiff,

14    v.                                       | **STIPULATION AND  ORDER TO SET ASIDE DEFAULT**
                                                  **[Rule 55(c) FRCP]**
15
   George Warren, Individually and dba
16 Econo Lodge; Timothy P. Warren,
   Individually and dba Econo Lodge;
17 Campus Investments, LLC,

18        Defendants.

19

20

21     Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff, SCOTT

22 N. JOHNSON and Defendants GEORGE WARREN, TIMOTHY P. WARREN and

23 CAMPUS INVESTMENTS, LLC by and through their respective attorneys, Scott N.

24 Johnson and Cris C. Vaughan, hereby stipulate to, and request the Court to, set aside the

25 default that was entered by the Clerk in this matter on January 12, 2012, for good cause

and in the interests of justice and allow Defendants, to file an Answer to the Complaint within ten (10) days after entry of the Order setting aside the default.

IT IS SO STIPULATED.

Dated: January 27, 2012

   /S/ SCOTT N. JOHNSON\_\_\_\_\_
Scott N. Johnson, Attorney for Plaintiff

Dated: January 26, 2012

   /S/  CRIS C. VAUGHAN\_\_\_\_\_
Cris C. Vaughan, Attorney for Defendants, George Warren, Timothy P. Warren and Campus Investments, LLC

ORDER

IT IS SO ORDERED; that the Default entered in this matter on January 12, 2012 is hereby set aside and Defendants shall file an Answer to the Complaint no later than ten (10) days after this Order is filed.

Dated: March 14, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE