SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>    vs.<br><br>George Warren, et al,<br><br>        Defendants. | ) Case No. **2:11-cv-02687-MCE-KJN**<br>)<br>) **ORDER RE: STIPULATION FOR**<br>) **DISMISSAL**<br>)<br>)<br>) **Dismissal of Defendant George**<br>) **Warren With Prejudice**<br>)<br>)<br>) Case to Remain Open as to<br>) Remaining Defendants<br>) |

IT IS SO ORDERED that Defendant, George Warren, is hereby dismissed with prejudice.  This case is to remain open as to the remaining Defendants.

Dated:  April 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-2687-MCE-KJN- 1